John Luther Talbert
                                 Plaintiff,

v.                                                Case No.: 1:09–cv–05184
                                                         Honorable Ruben Castillo

Dorothy Brown, et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 24, 2010:

       MINUTE entry before Honorable Ruben Castillo:Status hearing held on 2/24/2010. Defendants' motion to dismiss Plaintiff's first amended complaint [23] is granted. Plaintiff's first amended complaint is dismissed without prejudice. Plaintiff is granted leave to proceed with discovery to identify the proper defendants. Plaintiff is granted leave to file a second amended complaint on or before 4/27/2010. Defendants to answer or otherwise plead to the second amended complaint on or before 5/27/2010.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.