3010799- LRB/NDM                                                          I.D. 6278120

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN LUTHER TALBERT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | No. 09 C 5184 |
| CLERK OF THE CIRCUIT COURT OF ) | |
| COOK COUNTY DOROTHY BROWN, CLERK ) | |
| OF THE CIRCUIT COURT OF COOK ) | |
| COUNTY DOROTHY BROWN'S ) | |
| UNIDENTIFIED AGENT, JOHN DOE, COOK ) | |
| COUNTY SHERIFF THOMAS J. DART, ) | |
| COOK COUNTY SHERIFF THOMAS J. DART'S ) | |
| UNIDENTIFIED AGENT, JIM DOE, ) | Honorable Rubèn Castillo |
| ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 (a)(1)(A)(ii), the parties, by their respective attorneys, hereby stipulate to the dismissal of Plaintiff's complaint with prejudice, with all respective parties to bear their own costs and attorneys' fees pursuant to the settlement agreement.


/s/ Lew R.C. Bricker                          /s/ Anthony Zecchin
SmithAmundsen                                 Assistant State's Attorney
150 N. Michigan #3300                         500 Richard J. Daley Center
Chicago, Illinois 60601                       Chicago, Illinois 60602
(312) 894-3200                                (312) 603-3373
*Counsel for the Plaintiff*                   *Counsel for the Defendants*

## CERTIFICATE OF SERVICE

      I, Lew R.C. Bricker, certify that on June 16, 2010, I electronically filed a true and accurate copy of the Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                Anthony Zecchin
                Assistant State's Attorney
                500 Richard J. Daley Center
                Chicago, Illinois 60602

                s/      Lew. R.C. Bricker

Lew R.C.Bricker
SMITHAMUNDSEN LLC
150 N. Michigan Ave.
Suite 3300
Chicago, IL 60601
(312) 894-3200
(312) 894-3210 (Fax)